# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STANLEY B. STREET, et al., | : | |
| Plaintiffs, | : | Case No. 3:10-cv-89 |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| WELLS FARGO FINANCIAL OHIO I INC., et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint against Defendant Wells Fargo Financial I Inc. is dismissed without prejudice for failure to state a claim upon which relief can be granted. The Complaint against Defendants Chase Bank NA/Chase Auto Finance, Santander Consumer USA and First Financial Bank NA is dismissed without prejudice for want of prosecution.

July 27, 2010                              *s/THOMAS M. ROSE*

                                                    Thomas M. Rose
                                                    United States District Judge